Commonwealth ex rel. Collington, Appellant, *v.* Maroney.

Submitted April 12, 1965. *Fred Collington,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.